IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-01509-LTB

EARL J. CROWNHART,

    Plaintiff,

v.

C/O CYNTHIA CROWNHART,
C/O ANGELA LOOSE,
TERRI GARLARDI,
SKIP CROWNHART,
DAN CROWNHART,
TIKKI RHONE,
LEWIS RHONE, and
OTIVIA RHONE,

    Defendants.

---

# JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, District Judge, on September 12, 2012, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 12 day of September, 2012.

                             FOR THE COURT,

                             JEFFREY P. COLWELL, Clerk

                             By: s/L. Gianelli
                                Deputy Clerk